1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5          susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE                     | Case No.: CV-13-3290 NC
   | LABORERS HEALTH AND WELFARE                  |
12 | TRUST FUND FOR NORTHERN                      | **CASE MANAGEMENT CONFERENCE**
   | CALIFORNIA; BOARD OF TRUSTEES OF             | **STATEMENT; ORDER THEREON**
13 | THE LABORERS VACATION-HOLIDAY                 |
   | TRUST FUND FOR NORTHERN                      | Date:    October 16, 2013
14 | CALIFORNIA; BOARD OF TRUSTEES OF             | Time:    10:00 a.m.
   | THE LABORERS PENSION TRUST FUND              | Ctroom:  A, 15th Floor
15 | FOR NORTHERN CALIFORNIA; and                 | **Hon. Nathanel M. Cousins**
   | BOARD OF TRUSTEES OF THE                     |
16 | LABORERS TRAINING AND RETRAINING             |
   | TRUST FUND FOR NORTHERN                      |
17 | CALIFORNIA,                                  |

18                 Plaintiffs,

19        vs.

20 ADVANCED PIPELINE SERVICES, INC., a
   California corporation; and JOSHUA CURRIE
21 WHITMAN, an individual,

22                 Defendants.

23
        Plaintiffs provide this abbreviated Case Management Conference Statement.
24
        On July 16, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective
25
   Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary
26
   Duty and for a Mandatory Injunction ("Complaint").
27
   ///
28

– 1 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1  The Complaint was served on defendants via substituted service in August, 2013.
2  Defendants failed to file a responsive pleading. On October 1, 2013, Plaintiffs filed their
3  Request for Entry of Default against defendants. On October 3, 2013, the Clerk of the Court
4  entered the default of both defendants.
5  Plaintiffs will proceed in default and will have a motion for default judgment filed
6  within sixty (60) days. Based on the above, Plaintiffs respectfully request that this Court
7  continue the October 16, 2013, case management conference for approximately sixty days.
8  DATED: October 7, 2013

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the October 16, 2013, case management conference be continued to __December 18__, 2013 at 10:00 a.m., Courtroom A, 15th floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated.

DATED: October 7, 2013

By _____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

14321486.1