Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
       susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>           Plaintiffs,<br><br>   vs.<br><br>ADVANCED PIPELINE, INC., a California corporation; and JOSHUA CURRIE WHITMAN, an individual,<br><br>           Defendants. | Case No.: CV-13-3290 NC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     December 18, 2013<br>Time:    10:00 a.m.<br>Ctroom:  A, 15th Floor<br>              Hon. Nathanael M. Cousins |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On July 16, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").

/ / /

The Complaint was served on defendants via substituted service in August, 2013. Defendants failed to file a responsive pleading. On October 1, 2013, Plaintiffs filed their Request for Entry of Default against defendants. On October 3, 2013, the Clerk of the Court entered the default of both defendants. Plaintiffs have uncovered additional contributions due and owning and are now in the process of finalizing their motion for default judgment.

Plaintiffs will proceed in default and will have a motion for default judgment filed within thirty (30) days. Based on the above, Plaintiffs respectfully request that this Court continue the December 18, 2013, case management conference for approximately thirty days.

DATED: December 11, 2013

> BULLIVANT HOUSER BAILEY PC
>
> By: _/s/ Ronald L. Richman_
> Ronald L. Richman
> Susan J. Olson
>
> Attorneys for Plaintiffs

## ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the December 18, 2013, case management conference be continued to ___January 22, 2014___ at 10:00 a.m., Courtroom A, 15 th floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated.

DATED: December _13_, 2013

By: _____
    NATHANAEL M. COUSINS
    U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

## PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On December 11, 2013, I served the document(s) entitled:

**CASE MANAGEMENT CONFERENCE STATEMENT**

upon the following party(ies):

| Advanced Pipeline Services, Inc. | Joshua Currie Whitman |
| 2995 Taylor Lane | 2995 Taylor Lane |
| Byron, CA 94514 | Byron, CA 94514 |

☒　　BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2013, at San Francisco, California.

_Kristina M. Clark_

*****