Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
         susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED PIPELINE, INC., a California corporation; and JOSHUA CURRIE WHITMAN, an individual, <br><br> Defendants. | Case No.: CV-13-3290 NC <br><br> **CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> **Date:**     **December 18, 2013** <br> **Time:**     **10:00 a.m.** <br> **Ctroom:**   **A, 15th Floor** <br>                  **Hon. Nathanael M. Cousins** |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On July 16, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").

/ / /

1    The Complaint was served on defendants via substituted service in August, 2013.

2  Defendants failed to file a responsive pleading.  On October 1, 2013, Plaintiffs filed their

3  Request for Entry of Default against defendants.  On October 3, 2013, the Clerk of the Court

4  entered the default of both defendants.  Plaintiffs have uncovered additional contributions due

5  and owning and are now in the process of finalizing their motion for default judgment.

6    Plaintiffs will proceed in default and will have a motion for default judgment filed

7  within thirty (30) days.  Based on the above, Plaintiffs respectfully request that this Court

8  continue the December 18, 2013, case management conference for approximately thirty days.

9  DATED:  December 11, 2013

10    BULLIVANT HOUSER BAILEY PC

11

12    By:  _____

13      Ronald L. Richman
      Susan J. Olson

14    Attorneys for Plaintiffs

15

16    **ORDER**

17    Pursuant to the Plaintiffs' request to continue the case management conference and good

18  cause appearing:

19    IT IS HEREBY ORDERED that the December 18, 2013, case management conference

20  be continued to ___January 22, 2014___ at 10:00 a.m., Courtroom A, 15 th floor.  A case

21  management statement shall be filed seven (7) days prior to the next scheduled case

22  management conference.  If plaintiffs file their motion for default judgment prior to the

23  rescheduled case management conference, the case management conference will be vacated.

24  DATED:  December _13_, 2013

25

26    By _____

27      IT IS SO ORDERED                    COUSINS

28      Judge Nathanael M. Cousins          STRATE JUDGE

Case No.:  CV-13-3290 NC                  – 2 –

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On December 11, 2013, I served the document(s) entitled:

**CASE MANAGEMENT CONFERENCE STATEMENT**

upon the following party(ies):

Advanced Pipeline Services, Inc.                    Joshua Currie Whitman
2995 Taylor Lane                                    2995 Taylor Lane
Byron, CA 94514                                     Byron, CA 94514

☒      BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2013, at San Francisco, California.

Kristina M. Clark

*****

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON