```
 1  Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
 2  BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
 3  San Francisco, California 94108
    Telephone: 415.352.2700
 4  Facsimile: 415.352.2701
    E-Mail: ron.richman@bullivant.com
 5          susan.olson@bullivant.com

 6  Attorneys for Plaintiffs

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
                         SAN FRANCISCO DIVISION
10
```

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED PIPELINE, INC., a California corporation; and JOSHUA CURRIE WHITMAN, an individual,<br><br>Defendants. | Case No.: CV-13-3290 NC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:       December 22, 2013<br>Time:      10:00 a.m.<br>Ctroom:   A, 15th Floor<br>              Hon. Nathanael M. Cousins |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On July 16, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").

/ / /

---

Case No.: CV-13-3290 NC             — 1 —

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

The Complaint was served on defendants via substituted service in August, 2013. Defendants failed to file a responsive pleading. On October 1, 2013, Plaintiffs filed their Request for Entry of Default against defendants. On October 3, 2013, the Clerk of the Court entered the default of both defendants.

Once again, while preparing for the motion for default judgment, Plaintiffs have uncovered additional contributions due and owning and are now in the process of finalizing their motion for default judgment. Plaintiffs are reviewing the additional contributions due, tracking monies they were able to recover and apply to the outstanding contributions, and tallying the totals.

Plaintiffs will proceed in default and will have a motion for default judgment filed within thirty (30) days. Based on the above, Plaintiffs respectfully request that this Court continue the January 22, 2014, case management conference for approximately thirty days.

DATED: January 14, 2014

BULLIVANT HOUSER BAILEY PC

By: /s/ Ronald L. Richman
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

**ORDER**

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the January 22, 2014, case management conference be continued to ___February 26, 2014___ at 10:00 a.m., Courtroom A, 15th floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated.

DATED: January 16, 2014

By: _____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE



GRANTED
Judge Nathanael M. Cousins